**Sabatini Law Firm, LLC**
216 N. Blakely St.
Dunmore, PA 18512

Charles and Beckie Samuel
1107 Rundle St, 2nd Floor
Scranton, PA 18504

## Rate Summary

| Professional | Gross | | | Discount | | Net |
|---|---|---|---|---|---|---|
| Carlo Sabatini | 11.5 hours at $415.00/hour. | $4,772.50 | | 0.70 | -290.50 | 4,482.00 |
| Ashley Weisenfluh | 5.5 hours at $150.00/hour. | $825.00 | | 1.00 | -150.00 | 675.00 |
| Tiffany Bator | 51.8 hours at $135.00/hour. | $6,993.00 | | 21.27 | -2,871.00 | 4,122.00 |
| | | | | 22.97 | -3,311.50 | 9,279.00 |

## Itemized Listing of Services

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 10/17/2024 | Initial bankruptcy consultation with client. | CS | 415.00 | 0.80 | 332.00 | -166.00 |
| 10/18/2024 | Second meeting with client regarding budget. | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 10/21/2024 | Third meeting with client to discuss budget. | CS | 415.00 | 1.00 | 415.00 | 0.00 |
| 10/24/2024 | Email to opposing counsel requesting continuance in Wells Fargo collections lawsuit. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/29/2024 | Email to opposing counsel for Wells Fargo following up on extension in collections lawsuit. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/04/2024 | Receive, review, and respond to email from Kaliner advising that they can't grant the requested extension. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/06/2024 | Email to opposing counsel in collections suit following up on my 11/04 email regarding extension in collections suit. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 11/08/2024 | Email to opposing counsel for collections lawsuit regarding default notice. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/08/2024 | Receive and review email from Kaliner asking for the status of the client's bankruptcy to determine whether to continue with the collections lawsuit. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/08/2024 | Call with Kaliner. He will send an email confirming the extension in the collection suit. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 11/11/2024 | Call with client regarding settling Wells Fargo case instead of filing bankruptcy case. They will think about it and let me know tomorrow. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 11/12/2024 | Call with clients. They want to file the bankruptcy case. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/16/2024 | Receive and review documentation needed from client to prepare schedules. Add to client's electronic file. | TLB | 135.00 | 0.30 | 40.50 | -25.50 |
| 12/19/2024 | Receive and review documentation from client needed to prepare schedules. Add to client's electronic file. | TLB | 135.00 | 0.20 | 27.00 | -17.00 |
| 12/29/2024 | Review and edit answer and discovery to Wells Fargo complaint. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 12/31/2024 | Receive and review documentation from client needed to prepare schedules. Add to client's electronic file. | TLB | 135.00 | 0.10 | 13.50 | -8.50 |
| 01/17/2025 | Prepare schedules. See attached itemization. | TLB | 135.00 | 2.60 | 351.00 | -351.00 |
| 01/18/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 0.80 | 108.00 | -108.00 |
| 01/20/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 6.70 | 904.50 | -904.50 |
| 01/20/2025 | Receive, review and respond email from TLB re CMA. Prepare letter to the Court. | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 01/22/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 2.20 | 297.00 | -297.00 |
| 01/23/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 4.00 | 540.00 | 0.00 |
| 01/24/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 0.70 | 94.50 | -94.50 |
| 02/03/2025 | Receive and review documentation needed from client to prepare schedules. Add to client's electronic file. | TLB | 135.00 | 0.20 | 27.00 | -17.00 |
| 02/11/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 1.00 | 135.00 | -135.00 |
| 02/12/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 0.90 | 121.50 | -121.50 |
| 02/13/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 2.20 | 297.00 | 0.00 |
| 02/20/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 0.50 | 67.50 | 0.00 |
| 02/20/2025 | Analyze budget and income to determine why client's estimated plan payment has increased significantly since hiring. | CS | 415.00 | 0.50 | 207.50 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 02/24/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 1.20 | 162.00 | -162.00 |
| 02/25/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 1.30 | 175.50 | 0.00 |
| 02/26/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 1.70 | 229.50 | 0.00 |
| 02/28/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 1.40 | 189.00 | 0.00 |
| 03/03/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 3.00 | 405.00 | -405.00 |
| 03/06/2025 | Receive and review documents needed to prepare schedules. Add to clients' electronic folder. | TLB | 135.00 | 0.10 | 13.50 | -8.50 |
| 03/08/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 3.70 | 499.50 | 0.00 |
| 03/10/2025 | Review and update plan calcs/equity, address secured and/or priority debts in plan, and prepare special provisions. | ASW | 150.00 | 0.40 | 60.00 | 0.00 |
| 03/10/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 1.30 | 175.50 | 0.00 |
| 03/11/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 0.90 | 121.50 | -121.50 |
| 03/12/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 4.60 | 621.00 | 0.00 |
| 03/13/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 1.20 | 162.00 | 0.00 |
| 03/18/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 0.60 | 81.00 | 0.00 |
| 03/19/2025 | Continue preparing schedules. See attached itemization. | TLB | 135.00 | 1.40 | 189.00 | 0.00 |
| 03/19/2025 | Meet with CS and clients to review petition, schedules, and plan. | TLB | 135.00 | 1.50 | 202.50 | 0.00 |
| 03/19/2025 | Conference with TLB and clients to review petition, schedules, and plan. Reviewed retirement account exemption. Review and revise plan. Instruct clients to file tax return. Discussed with clients the situation with D2's parents' home. Discuss furniture loan. Discuss property taxes and refuse fees that are now wrapped into the property taxes. Review plan calculations. | CS | 415.00 | 1.50 | 622.50 | 0.00 |
| 03/20/2025 | Update schedules and prepare final draft before filing case. | TLB | 135.00 | 2.00 | 270.00 | 0.00 |
| 03/20/2025 | Finalize schedules and plan for signing and filing. Prepare Wage Attachment Motion and Order | TLB | 135.00 | 1.20 | 162.00 | 0.00 |
| 03/20/2025 | File case with the court and complete post-filing tasks. | TLB | 135.00 | 0.80 | 108.00 | 0.00 |
| 03/25/2025 | Receive and review notice of 341 meeting. Calendar the hearing. Email to clients regarding the same. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 03/31/2025 | Receive and review solicitation regarding second bankruptcy course from client. No action needed with this. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 03/31/2025 | Review post-bankruptcy collection attempts from creditors. Prepare letters to creditors with notice of bankruptcy filing. | TLB | 135.00 | 0.30 | 40.50 | 0.00 |
| 04/03/2025 | Review uploads from client with collection activity from Synchrony. Email to TLB regarding the same. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 04/03/2025 | Analyze claims 1, 2, and 3. Claim 1 is joint and entireties exemptions are claimed, but this isn't listed in the plan. Email to CS regarding the same. Email analysis of Claim 2 to CS. Letter to client regarding new payment address for Claim 2. | ASW | 150.00 | 0.30 | 45.00 | 0.00 |
| 04/03/2025 | Review paralegal's analysis of claim 1. Review notes from meeting for sign and file. We kept this out of the plan because of our position that clients do not own the property. We will amend the exemptions. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 04/03/2025 | Receive, review, and respond to email from client asking if she needs to contact her bank that the Honda payment comes out of because of the new payment address. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 04/03/2025 | Prepare amendment to Schedule C. | TLB | 135.00 | 0.90 | 121.50 | -94.50 |
| 04/04/2025 | File amended Schedule C with the court. | TLB | 135.00 | 0.10 | 13.50 | 0.00 |
| 04/08/2025 | Receive and review letters from Wells Fargo regarding address change. Instruct PG to send the same to clients. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 04/10/2025 | Review claims for unexpected amounts or classifications and corresponding impact on plan. Confirm that all necessary claims have either been filed or that a task has been set to ensure filing. Set task if any claim needs future attention (e.g., objections/lien avoidance.) Draft summary memo to atty. | ASW | 150.00 | 0.40 | 60.00 | 0.00 |
| 04/16/2025 | Review returned order granting wage attached to payroll company. Email to CS regarding the same. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 04/18/2025 | Pre-341 meeting with client. | CS | 415.00 | 0.40 | 166.00 | 0.00 |

Case 5:25-bk-00746-HWV   Doc 39-2   Filed 04/06/26   Entered 04/06/26 15:48:54   Desc
Exhibit B - Bill    Page 2 of 9

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 04/19/2025 | Call to client per CS to inform them that we won't amend plan because the plan is already what we were going to amend it to. If any objections are filed, the plan may be amended at that time. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 04/21/2025 | Prepare for 341 meeting. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 04/21/2025 | Attend 341 meeting. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 04/21/2025 | Email to Roeder asking for concurrence to continue confirmation hearing if objections to plan are filed. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/22/2025 | Receive and review confirmation hearing notice. Calendar hearing. Draft letter to clients regarding the same. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 04/22/2025 | Confirm all tax returns required to be filed are in client's file. Draft certifications in support of confirmation. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 04/23/2025 | File Chapter 13 Debtor's Pre-Confirmation Certifications of Compliance with Post Petition Domestic Support Obligations with the court. | TLB | 135.00 | 0.10 | 13.50 | 0.00 |
| 04/23/2025 | Review trustee's objection and draft email to Roeder concerning the same. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 04/23/2025 | Receive and review email from Roeder with response to my email regarding his objection. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/23/2025 | Prepare for and Zoom with clients to explain trustee's proposal. We will accept. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 04/23/2025 | Research and calculate remainder interest. Email to Roeder with calculations and asking him to confirm agreement. | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 04/24/2025 | Receive and review email from Roeder with his questions and concerns about my analysis. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/24/2025 | Re-calculate remainder interest and email to Roeder. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 04/25/2025 | Prepare Request for Payment. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 04/28/2025 | File Chapter 13 Request for Payment with the court. | TLB | 135.00 | 0.10 | 13.50 | 0.00 |
| 04/30/2025 | Review email from Roeder regarding my calculations. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/30/2025 | Review file to see if we have home equity loan statement. Send task to client. Instruct DN to call client to let them know. Review file regarding amendment and objection to exemptions. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/01/2025 | Email to Roeder regarding mortgage statements and Schedule C. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/02/2025 | Receive, review, and respond to message from client regarding wage garnishment not having started. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/06/2025 | Review letters from client regarding Synchrony having sold their account. Nothing has to be done with this. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 05/07/2025 | Receive and review letter from Citi. Instruct PG to send to client. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 05/08/2025 | Analyze claims 4 and 5. Review differences in claim amount v. plan amount. Email to CS regarding the same. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 05/08/2025 | Review letter from Portnoff regarding my clients' payments on pre-petition debt. Review claim and evaluate whether any action is needed. Instruct ASW on what to tell clients. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 05/08/2025 | Review paralegal's analysis of claim filed by City of Scranton. This was already addressed with my previous email. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/08/2025 | Message to client regarding payments on refuse fees. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/08/2025 | Receive, review, and respond to email from client acknowledging previous email. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 05/16/2025 | Analyze claims 6, 7, 8, and 9. | ASW | 150.00 | 0.30 | 45.00 | 0.00 |
| 05/23/2025 | Analyze claims 10, and 11. Email to CS concerning claim 11. Analyze claims 12, 13, 14 and 15. | ASW | 150.00 | 0.50 | 75.00 | 0.00 |
| 05/23/2025 | Receive, review, and respond to message to client regarding wage garnishment. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/30/2025 | Email to payroll contact regarding wage garnishment. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/02/2025 | Receive, review, and respond to email from client regarding wage garnishment being processed with next pay. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/02/2025 | Email to creditor for claim 11 asking for documents upon which claim is based. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 06/02/2025 | Receive and review email from client's payroll contact confirming receipt of wage garnishment information. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 06/04/2025 | Review file to confirm no barriers to confirmation. Email to CS concerning the same. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/10/2025 | Receive, review, and respond to email from client regarding tomorrow's hearing. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/10/2025 | Receive, review, and respond to email from client regarding hearing. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 06/10/2025 | Review list to confirm we are on the list to be continued. Confirmed. Update task. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 06/12/2025 | Receive and review notice that confirmation hearing is continued. Update calendar. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 06/13/2025 | Receive, review, and respond to message from client regarding garnishment amount. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/19/2025 | Review file regarding WF documentation having not been sent and instructing paralegal on what action to take. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/20/2025 | Draft amended Schedule J. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/25/2025 | Attend confirmation hearing. The plan was confirmed without any discussion. | CS | 415.00 | 1.20 | 498.00 | 0.00 |
| 06/30/2025 | Receive, review, and respond to message from client regarding confirmation hearing. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 07/01/2025 | Receive and review order confirming chapter 13 plan. Prepare certificate of service and mailing of order confirming plan. | ASW | 150.00 | 0.30 | 45.00 | 0.00 |
| 07/14/2025 | Receive and review report from trustee regarding distributions. Review plan to confirm they match. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| | | | | Sub-total Fees: | **12,590.50** | -3,311.50 |
| | | | | Net Fees After Discount: | **9,279.00** | |

## Expenses

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 03/10/2025 | Accurint search. | 26.45 | 2.00 | 52.90 | 0.00 |
| 03/20/2025 | Filing Fee. | 313.00 | 1.00 | 313.00 | 0.00 |
| 07/01/2025 | Postage and cost of mailing order confirming plan to creditors. | 32.56 | 1.00 | 32.56 | 0.00 |
| | | | | ====== | |

Total: **398.46**

## Total

Net Fees After Discount: 9,279.00
Net Expenses After Discount: 398.46
======
9,677.46

Total post-discounted value of entries containing "email": 1,463.50
As a percentage of the total fees: 0.158

Case 5:25-bk-00746-HWV   Doc 39-2   Filed 04/06/26   Entered 04/06/26 15:48:54   Desc
Exhibit B - Bill   Page 4 of 9

# Breakdown of time spent on certain tasks through the filing of the case.

| | |
|---|---|
| 10:17:09 | Enter correct paystubs and other sources of income for each debtor into client's spreadsheet. Review documentation provided by client to verify expenses listed by client in the budget. Analyze income to confirm no barrier to filing or to choice of chapter. Address all flagged issues arising from entering income and expenses. |
| 1:49:07 | Review information provided by client during initial interview process and other documentation provided by client to ensure all assets mentioned are included on Schedule A/B. Evaluate information found on background check to ensure all properties where the client has ownership interest are included on Schedule A/B. Evaluate Schedule I and Schedule J information in client's spreadsheet to determine if any item requires any previously unmentioned asset to be listed on Schedule A/B. Evaluate assets listed on any recently filed bankruptcy case to determine if any need to be included in current bankruptcy case. Evaluate income listed on Statement of Financial Affairs #4 and #5 to determine if any item listed there requires any previously unmentioned asset to be listed on Schedule A/B. For clients who own real estate: Ensure valuation is saved in client's electronic folder. Update Schedule A/B in schedule preparation software with information and value of Debtor's real estate. Review satellite maps to look for any items on Debtor's property that need to be listed on Schedule A/B. Review documentation provided by client to ensure vehicles are listed with the proper ownership. Update Schedule A/B in schedule preparation software with information and value of Debtor's vehicle. Review information provided by the client to ensure all categories of common assets have entries. Request any incomplete information from client. |
| 0:13:54 | Evaluate documentation provided by client to determine ERISA status of retirement accounts. Ensure proper documentation is saved in client's electronic folder. Ask client to provide proper documentation if it has not been provided. Ensure all retirement accounts are listed properly on Schedule A/B. |
| 0:00:01 | For any account listed on Schedule B #24, make notation for the attorney that a record of interest needs to be prepared and filed. Ensure account statement is saved in client's electronic folder. Ask client for account statement if it has not been provided. |
| 0:01:31 | Ensure estimated tax return is listed on Schedule A/B, if applicable. |
| 0:00:01 | Review supplemental questionnaire to see if anyone owes the client any money or property. Ensure any money or property owed to the debtor is listed on Schedule A/B. |
| 0:02:38 | Evaluate supplemental questionnaire to determine if client might have any claims against another party. List any potential claims from supplemental questionnaire and any potential in-house claims on Schedule A/B. List any filed claims on Statement of Financial Affairs #9. |
| 0:00:01 | Review documentation provided by client to verify ownership of all assets on Schedule A/B. |
| 0:18:03 | Ensure the income entered for the Means Test period is accurate. Analyze income on the Means Test tab of client's spreadsheet. If client's income is above the median, complete Form 122 Means Test tab in schedule preparation software for each entry on Schedule D. If client's income is above the median, ensure Monthly Disposable Income in schedule preparation software equals the Estimated GUF from client's spreadsheet. If client's income is above the median income, complete Above Median Means Test Checklist. |
| 0:01:58 | Review ownership of assets listed on Schedule A/B and ensure value and exemptions are listed properly for any property owned with someone not filing with the debtor. |
| 0:00:20 | Review asset values listed on Schedule A/B for any asset with an unknown or $0 value. Have attorney review any such asset to determine how to appropriately list the value. |
| 0:00:57 | Review asset descriptions listed on Schedule A/B to ensure each description is appropriate. |
| 0:00:56 | Apply exemptions to each asset listed on Schedule A/B. If using entireties exemptions: Analyze credit reports for unsecured or undersecured debt owned by each spouse and, if there is any, ensure it is accounted for properly. Review documentation provided by client to ensure proper ownership of real estate and vehicles. |
| 0:20:33 | For each claim on Schedule D, ensure that we have a recorded mortgage for each real estate loan. Ensure that each loan incurred within the last 2 years is listed on the Statement of Financial Affairs #18. 13s: Ensure all delinquent property taxes are listed appropriately in client's spreadsheet. |
| 0:03:49 | Review liabilities listed on Schedules D and E/F to ensure each is listed completely and accurately. Ensure specific types of debts are marked as disputed. Review all liabilites to ensure any lawyers from collection letters and lawsuits have been included to be notified of the case. |
| 2:28:01 | Review credit reports, collection letters, creditor letters, lawsuits, back taxes, and additional documentation provided by client to ensure all debts and additional parties are listed on Schedules D and E/F. Review public records and background search to ensure any judgments against the client are included on Schedule D. If there is an unpaid sewer bill on real estate the Debtor owns, make a notation for the attorney to address sewer debt appropriately. 13s: Ensure all debts to any utility company is notated properly to ensure proper treatment when filing the case. |
| 0:00:10 | Evaluate all debts listed on Schedules D and E/F to determine if any debts are potentially non-dischargeable. If any potentially nondischargeable debts are listed, make notation for attorney to review and determine if any additional disclosure needs to be made to the client. |

| | |
|---|---|
| 0:16:26 | 13s: Prepare the plan. Ensure plan payment amount is reasonably close to estimate given upon hiring, and, if it is not, flag issue for attorney. |
| 0:07:37 | Analyze any judgments listed on Schedules D or E/F as well as on Statement of Financial Affairs #9 to determine if they are a lien on real estate or personal property. If the judgment is a lien, make notation for the attorney and ensure lien is handled properly including being included in the plan if it's a Chapter 13. |
| 0:00:01 | Analyze documentation provided by client to determine if landlord needs to be notified of the bankruptcy. If the landlord has an eviction judgment, notate that information to be included in disclosures client will sign before filing. Notate petition accordingly. |
| 0:00:11 | Review list of creditors on Schedules D and E/F. If any debt to certain states or agencies, ensure that the address used is the address registered at the PAMB US Courts website. |
| 0:00:02 | For joint filers where either debtor owes less than $10,000, make notation for the attorney to review. |
| 0:08:48 | Review documentation provided by client to ensure all contracts, apartment leases, car leases, and month to month contracts/leases are included and described on Schedule G. Ensure that each active contract with a debt management company is listed as rejected on Schedule G. Ensure each claim amount on Schedule F is accurate based on whether or not there is an early termination fee. Ensure that all property that is held because of a lease or rent to own contract is listed on the Statement of Financial Affairs #23. |
| 0:02:09 | Review documentation provided by client to ensure all codebtors are listed on Schedule H. Ensure Schedule H #2 is consistent with the Statement of Financial Affairs #3. For all codebtors listed on Schedule H, email legal assistant to set a task for attorney to do a free review codebtor's credit reports in 6 months. |
| 0:39:11 | Enter information from client's spreadsheet into Schedule I in the schedule preparation software. Check for certain retirement plan deductions from Debtor's pay and mark for attorney's review. For any business income, prepare a business income statement to append to Schedule I. Ensure 1/12 of tax refund is included on Schedule I. Ensure all expected income changes are described on Schedule I.13. Review information provided by client to determine if next year's tax refund is expected to be about the same; if not, notate for attorney review and explain the reason for the change on Schedule I.13. |
| 0:00:05 | If Debtor is female and Overview shows "Individual (Married)", then confirm that Best Case > Forms & Schedules > Schedule A/B > is correct for each asset that is owned individually – i.e., by D1 or by D2. |
| 0:21:54 | Add information from the J tab of the client's spreadsheet to Schedule J in the schedule preparation software. Review documentation provided by client to ensure dependents are listed in the schedule preparation software. If debtor's expenses include those of other people, notate for attorney review. Check Schedules D and E/F to confirm that any expenses that need to be included in Schedule J are included, and any expenses not being paid at all, or being paid through the plan are not included in Schedule J. Check Schedule J for any expenses that need to be added to Schedules D or E/F. Analyze all payments to ensure any ending within 1 year are noted on Schedule J.24. Analyze expenses for consistency with documentation and our knowledge of client's household. |
| 0:14:32 | Review documentation provided by client to enter other income including fixed income amounts, family support, proceeds from settled lawsuits, and financial account interest is entered into Statement of Financial Affairs #5. Ensure entries are consistent with client's spreadsheet. For irregular income over $5,000.00, notate for attorney review. |
| 0:34:15 | Review documentation provided by client to enter payments to ordinary creditors within the 90 days before filing into Statement of Financial Affairs #6. |
| 0:03:15 | Review documentation provided by client and Schedule J to enter payments on any debts owed to insiders over the last year into Statement of Financial Affairs #7. |
| 0:00:02 | Review Schedule H. Confirm any co-debtors that are insiders are listed in Statement of Financial Affairs #8 if Debtor made payments. |
| 0:13:12 | Review documentation provided by client, online resources, and suits that we were involved in to ensure all lawsuits, court actions, and/or administrative proceedings the client was involved with in the last year are included on Statement of Financial Affairs #9. |
| 0:02:32 | Review information provided by client to ensure any repossession, foreclosure, return, garnishment, or levy that the client was involved in over the last year are included on Statement of Financial Affairs #10 and that any deficiencies are listed on Schedule E/F. |
| 0:00:35 | Review information provided by client to ensure any setoffs from when a financial account was closed within the last 90 days are included on Statement of Financial Affairs #11. |
| 0:00:55 | Review Schedules I and J and ensure charitable contributions are included on Statement of Financial Affairs #14. |

| | |
|---|---|
| 0:09:12 | Review documentation in the file to ensure all payments related to bankruptcy are listed on Statement of Financial Affairs #16. Review documentation in client's file to complete Form 2030. Evaluate documentation in client's file to determine if the bankruptcy attorney fees were paid by anyone else or were received as a gift or loan. Ensure Form 2030 correctly reflects any payments by a third party. Append client's Fee Agreement to Form 2030 in schedule preparation software. Ensure any fees received from client that were not related to the bankruptcy within the year before the case was filed are included on Statement of Financial Affairs #16 and notate for attorney review. |
| 0:05:01 | Review information provided by client to ensure any out of the ordinary sales and or transfers within the last 2 years are listed on Statement of Financial Affairs #18. For any out of the ordinary sales or transfers happened more than 2 but less than 4 years ago, notate for attorney review. |
| 0:00:25 | Review information provided by client to ensure any financial accounts that were closed, rolled over, or cashed out within the year before the bankruptcy case was filed are listed on Statement of Financial Affairs #20. |
| 0:01:30 | Review Schedule A/B, Schedule G, and information provided by client to ensure any property being held for another person is listed on Statement of Financial Affairs #23. |
| 0:31:16 | Review documentation provided by client to ensure any businesses the client was associated with over the last 4 years are listed on Statement of Financial Affairs #27. Ensure that any property related to a sole proprietorship is included on Schedule B if applicable. Mark all business debts as such on Scheduled D and E/F. Ensure any sole proprietorship is listed properly on the Voluntary Petition. 13s: For certain sole propietorships, ensure a Business Certification is obtained and included in client's file and notate for attorney review. |
| 0:00:02 | If Debtor's spouse is not filing, make sure that Statement of Financial Affairs is not answered for non-filing spouse. |
| 0:00:51 | Review Creditor Matrix for proper spelling and formatting. |
| 0:02:29 | Review a draft of the bankruptcy schedules to ensure no names of minor children are listed. |
| 0:01:44 | Review Schedules I and J to determine if they are receiving or paying family support and ensure all related documentation is saved in client's file. Prepare Domestic Support Obligation Certification if applicable. |
| 0:06:00 | For each debtor who did not recEive paystubs over the last 60 days, prepare a Certification of No Payment Advices. For each debtor who did receive paystubs over the last 60 days, prepare redacted paystubs to be filed. If any paystubs are missing, prepare Motion to Excuse Filing of Lost Payment Advices. |
| 0:57:17 | Complete Voluntary Petition in schedule preparation software including filing/case information, Debtor's name, Debtor's aliases, Debtor's address, Debtor's SSN, Debtor's sole proprietor information, and whether the debtor rents their residence. Review Form 121 and send to client for electronic signature. |
| 0:00:11 | 13s: Review tax returns provided by client. If any required tax returns were not filed, notate for inclusion on Information You Need to Know About Your Case packet. If no tax returns were required, then prepare a Certification Regarding Tax Returns. |
| 0:38:22 | Review Form 122 for consistency with other documentation in client's file and other schedules and forms in the clients bankruptcy case. If client's income is above the median, notate for attorney review and complete Above Median Means Test Analysis. |
| 0:00:50 | 13s: Review client's spreadsheet to determine if Social Security or Unemployment Compensation can be excluded. Notate for attorney review. |
| 2:19:40 | 13s: If the client is doing a wage attachment, prepare Wage Attachment document. Complete appropriate information in client's spreadsheet. |
| 0:00:08 | Review client's spreadsheet to determine if there's any need to extend or reinstate a stay. If yes, notate for attorney review. |
| 0:10:16 | Review information provided by client to ensure everything was addressed in client's petition and schedules. |
| 0:00:50 | Review schedules and information provided by client to ensure emergency notifications are notated in the Filing Checklist. If there are new files that need to be opened, notate in the Filing Checklist. |
| 0:38:22 | Review supplemental questionnaire, notes from initial appointment with client, event notes, transaction notes, and any unusual documentation provided by client to get background information on case. |
| 0:06:15 | Obtain PACER Report. Review PACER Report for previous bankruptcies. If PACER Report shows previous bankruptcy: Save docket reports for each previous bankruptcy. Add any bankruptcy within the last 8 years to the Voluntary Petition in the schedule preparation software. Ensure all previous bankruptcies are included in the notes for the 341 Hearing. |
| 0:00:07 | Review issues flagged by paralegal. Review of certain file notes to look for other unusual issues that need to be addressed. Review disclosures prepared for client. 13s only: Review Plan and plan information in the client's spreadsheet. |

| | |
|---|---|
| 0:01:21 | Review entries on the Statement of Financial Affairs #2 and information provided by client to determine whether the client has lived outside of Pennsylvania in the last 2 years. If yes, email attorney to determine if we can use federal exemptions. |
| 0:49:32 | Review documentation provided by client to enter wage and/or business income information for the current year plus two prior years onto the Statement of Financial Affairs #4. Ensure entries are consistent with client's spreadsheet. |
| 0:03:36 | Review credit counseling certificate. Add date of credit counseling to schedule preparation software. Attach credit counseling certificate to voluntary petition in schedule preparation software. Add credit counseling information to the Statement of Financial Affairs #16. |
| 0:00:34 | Not Billable. |
| 2:49:17 | Review bank statements for large or unusual entries and annotate those entries for evaluation. Ask client to describe any remaining large or unusual transactions and add their descriptions to the highlighted bank statements. Add any interest or unusual income to client's spreadsheet. |
| 0:00:01 | Not Billable. |
| 0:00:02 | Email Pamela to do pre-filing FDCPA claims analysis |
| 0:00:01 | Type correct paystubs in client's electronic work sheet. Verify client's expenses according to the documentation client sent. Enter certain filing information into Form 101. If a petition was already filed, add case number to software. Make sure client's exact name is as it appears on client's DL and list any alias that client might use or used in the past 8 years. Verify that client's DL won't expire for at least 2 months. Match client's address on petition to address on DL. Match client's SSN on petition to client's SSN card. If Debtor rents their residence, check the rental box on Additional Information tab in BestCase. |
| 0:00:02 | Email Ashley to prepare Schedule I, Schedule J, Form 122, and Plan. |
| 0:02:12 | Evaluate collection agency letters that client sent for FDCPA claims. For each claim found, set task in claims chart with a due date that is the earlier of two months before the statute of limitations or four months after the date that the task was set. |
| 0:03:03 | Pull Accurint search and save to client's electronic folder. Evaluate whether there are any issues that should change the planned filing date. Enter appropriate filing date in client's spreadsheet. |
| 1:32:17 | Move client's electronic folder from office's Clients>Hired folder to Schedules folder. Make sure client's folder includes each document that was requested from the client. If there are any retirement accounts listed in the Supplemental Questionnaire, ensure there is a statement for each account. Ensure all required tax returns are included in the client's folder. For Chapter 13 cases, ensure documentation regarding unfiled tax returns is saved in client's electronic folder. If the client lists business income in the Supplemental Questionnaire, ensure documentation is saved in client's electronic folder. Ensure marked items in the Document List are included in client's folder. |
| 0:02:18 | Add client's Social Security number to ProLaw. |
| 0:16:00 | Make copies of the clients most recent tax returns and save as Redacted Tax Returns. In the Redacted Tax Returns file, redact from client's most recent federal tax return filed all but last four digit's of client's Social Security Numbers including from the top of the page; verify that none were missed by using ctrl-F to serach for last four digits of SSN. If any dependents, redact dependents' names and all but last four digits of SSN. Then, redact bank account routing number and account number. Delete unnecessary pages from Redacted Tax Returns file. If current year's tax return is not included in client's electronic file email attorney with date that client said the tax return would be filed. if we are missing client's last year's federal tax return, email attorney to inform we need to request tax return transcript from IRS. |
| 0:00:26 | For Chapter 13 cases, update client's bankruptcy retainer name and save it to client's electronic file. |
| 0:01:55 | Generate ProLaw transaction notes and events listing reports, then save them to client's electronic file. |
| 0:00:02 | 13s: Ensure Plan has Special Provisions Attachment. Send Plan to attorney and client for signatures. Update wage attachment motion with correct wage attachment amount. If conduit, then send Authorization to Relase Information to the Trustee to the client for signature. |
| 0:10:56 | 13s: Set a task to file the following documents with the Trustee's office, as applicable: Redacted Tax Returns or 521(e) letter, driver's license or photo ID, Social Security Card, Certifcation Regarding Tax Returns, Certification of Domestic Support Obligations, business examination report, appraisal or valuation. Once all documents are uploaded, print a PDF of the screen and attach it to the client's electronic file. Email client's name and email address to the Trustee's office. If there's a conduit in the Plan, email Authorization to Release Information to the Trustee to the Trustee's office. If any utility company is listed on Schedule E/F, email ASW to send Adequate Assurance Email to electric company. If applicable, use certified mail to serve the Plan to each FDIC-insured creditor listed in Plan section 2.E. including the name and address of an officer at the FDIC-insured creditor. |
| 0:00:12 | 13s: If applicable, assign task to ASW for order granting wage motion. |

| | |
|---|---|
| 0:28:51 | 13s: Evaluate property taxes on any real estate owned and add tax collectors for any unpaid property taxes to Schedule E/F. If there is an unpaid sewer bill, ensure it is paid in the plan. If curing mortgage arrears and if an attorney has appeared, email that attorney for a reinstatement figure good through the anticipated filing date. |
| 0:02:41 | 13s: Ensure all liabilites listed on Schedule E are added to the appropriate part of the client's spreadsheet. |
| 0:14:36 | Sign in to the court's ECF website. File and log the ECF Document Number for the following forms, as applicable: Statement About Your Social Security Number, Payment Advices or Certification of No Payment Advices, Emergency Motion to Excuse Filing of Lost Payment Advices, Emergency Motion for Extension/Reinstatement of Automatic Stay, Chapter 13 Plan, Chapter 13 Wage Attachment Motion with Wage Attachment Order. Pay debtor's rent if applicable. |
| 0:00:03 | If the client needs an interpreter, email the Trustee's office to inform them of this requirement. |
| 0:00:04 | Mark client as "case filed" in marketing software. |
| 0:00:07 | Move client's electronic folder to folder for 341 Meetings |
| 0:00:37 | Update Violations Tracking Spreadsheet and Client Status spreadsheet. |
| 0:02:28 | Follow prompts in schedule preparation software to file the bankruptcy petition with the court. |
| 0:00:05 | Update matter description in ProLaw with the chapter filed, pronunciation of client's name, and, for 13s, the GUF. |
| 0:00:01 | Add full name and all aliases from petition to client's electronic file. |
| 0:00:03 | In client's electronic file, create 7/13 Petition Filed docket event |
| 0:00:03 | Send message to client with their case number. |
| 0:00:03 | 13s: If mortgage is current, review documentation in client's file to make sure it will be completely current on the date of filing and schedule signing appropriately. |
| 0:00:15 | Ensure electronically signed Information You Need to Know About Your Case packet, Certification of No Payment Advices (if applicable), DSO Certification (if applicable), and Plan (for 13s) are organized to client's electronic folder. |
| 0:00:05 | Review credit counseling certificate to ensure counesling was completed within 180 days before filing. Ensure credit counseling certificate is appended to the Voluntary Petition in schedule preparation software. |
| 0:00:02 | Verify 163 Redacted Tax Returns is the most recent return that was filed. |
| 0:00:01 | If client made a payment to us within the last week, have client give us bank statement showing that the payment has come out of their account. |
| 0:00:25 | Review information provided by client to ensure the as of dates are included on Schedule B #16-21, ,23, 24, and 31. |
| 0:00:07 | Use Debtor's most recent paystub to updated Statement of Financial Affairs #4. Review redacted paystubs to ensure all paystubs from the last 60 days are included in the document. |
| 0:00:02 | Generate upload document and proofread entire set of petition and schedules. |

Case 5:25-bk-00746-HWV    Doc 39-2    Filed 04/06/26    Entered 04/06/26 15:48:54    Desc
Exhibit B - Bill    Page 9 of 9