IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHARLES R SAMUEL; AKA CHARLES
RICHARD SAMUEL; AKA CHARLES
SAMUEL
BECKIE M SAMUEL; FKA BECKIE M
SCHROEDER; AKA BECKIE SAMUEL;
AKA BECKIE MARIE SAMUEL,

Debtors

CHAPTER 13

CASE NO. 5:25-bk-00746-HWV

## **NOTICE**

Today the Debtors filed *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses*. The application requests the total sum of $9,677.46.

If you object to the relief requested, you must file your objection/response on or before 21 days from the date of this notice with the Clerk of the United States Bankruptcy Court, 1501 N. 6th St. Harrisburg, PA.

If you file and serve an objection/response within the time permitted, a hearing will be held on May 19, 2026 at 9:35 am at U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: April 6, 2026

s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtors
Bar Number PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com