IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHARLES R SAMUEL; AKA CHARLES
RICHARD SAMUEL; AKA CHARLES
SAMUEL
BECKIE M SAMUEL; FKA BECKIE M
SCHROEDER; AKA BECKIE SAMUEL;
AKA BECKIE MARIE SAMUEL,

Debtors

CHAPTER 13

CASE NO. 5:25-bk-00746-HWV

## **ORDER APPROVING INTERIM COMPENSATION TO COUNSEL FOR DEBTORS**

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses,* Doc. 39, after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the following interim amounts are awarded: compensation in the amount of $9,279.00 and reimbursement of expenses in the amount of $398.46 for a total sum of $9,677.46. This compensation is in addition to all amounts previously paid by the Debtors, approved by this court, or that were included in the confirmed plan. Counsel is authorized to apply the $813.00 of client funds that it is holding in its trust account toward this amount. The remaining $8,864.46 may be paid by the Chapter 13 Trustee.