IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHARLES R SAMUEL; AKA CHARLES
RICHARD SAMUEL; AKA CHARLES
SAMUEL
BECKIE M SAMUEL; FKA BECKIE M
SCHROEDER; AKA BECKIE SAMUEL;
AKA BECKIE MARIE SAMUEL,

            Debtors

CHAPTER 13

CASE NO. 5:25-bk-00746-HWV

### Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3

| Title of Paper Served: | NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above

described.

Dated: <u>April 6, 2026</u>

s/Tiffany Bator
Tiffany Bator, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| City of Scranton<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 |
| Commenity/Torrid<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Commercial Acceptance Company<br>4807 Jonestown Rd., Suite 247<br>Harrisburg, PA 17109-1744 |
| Commonwealth Health<br>746 Jefferson Ave<br>Scranton, PA 18510-1624 |
| Fidelity Bank<br>PO Box 997<br>Scranton, PA 18501-0997 |
| Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228-3609 |
| AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Jason J Leininger Esq<br>Portnoff Law Associates Ltd<br>PO Box 391<br>Norristown, PA 19404-0391 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kyle H Miller Esq<br>Portnoff Law Associates Ltd<br>PO Box 391<br>Norristown, PA 19404-0391 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Lackawanna County Tax Claim Bureau<br>123 Wyoming Ave., Suite 241 |

| |
|---|
| Scranton, PA 18503-2025 |
| Michael H. Kaliner, Esq.<br>Orlans PC<br>200 Eagle Rd, Suite 120<br>Wayne, PA 19087-3115 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| SYNCB/Care Credit<br>PO Box 71757<br>Philadelphia, PA 19176-1757 |
| SYNCB/Sam's Club<br>PO Box 71727<br>Philadelphia, PA 19176-1727 |
| Scranton City Treasury<br>340 N Washington Ave<br>Scranton, PA 18503-1523 |
| Scranton Single Tax Office<br>315 Franklin Ave<br>Scranton, PA 18503-1201 |
| TMG Health 401(k) plan<br>1205 O'Neill Hwy., Suite 2<br>Dunmore, PA 18512-1724 |
| The Home Depot/CBNA<br>5800 S Corporate Place<br>Sioux Falls, SD 57108-5027 |
| The Scranton PA Endoscopy ASC<br>517 Ash St<br>Scranton, PA 18509-2902 |
| Achieve Personal Loans<br>1875 S Grant St., Suite 400<br>San Mateo, CA 94402-2676 |
| Verizon<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Verizon Wireless<br>PO Box 650051<br>Dallas, TX 75265-0051 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |

| |
|---|
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank, NA<br>420 Montgomery St<br>San Francisco, CA 94104-1298 |
| Wells Fargo Card Services<br>PO Box 393<br>Minneapolis, MN 55480-0393 |
| Wells Fargo/Bob's Discount Furniture<br>PO Box 71118<br>Charlotte, NC 28272-1118 |
| Xfinity<br>PO Box 21129<br>Saint Paul, MN 55121-0129 |
| Achieve Personal Loans<br>P.O.Box 2340<br>Phoenix, AZ 85002-2340 |
| AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| City of Scranton<br>340 N Washington Ave<br>Scranton, PA 18503-1582 |
| City of Scranton<br>c/o James R. Wood, Esquire<br>2700 Horizon Drive - Suite 100<br>King of Prussia, PA 19406-2726 |
| City of Scranton<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 |
| Comenity Bank<br>PO Box 182120<br>Columbus, OH 43218-2120 |