**LOCAL BANKRUPTCY FORM 9013-4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |
|---|---|
| : | **CHAPTER** _____ |
| : | |
| : | **CASE NO.** __-____-bk-_____ |
| : | |
| : | |
| **Debtor(s)** : | |
| : | **ADVERSARY NO.** __-__-ap-_____ |
| : | **(if applicable)** |
| : | |
| : | |
| : | |
| **Plaintiff(s)/Movant(s)** : | |
| **vs.** : | **Nature of Proceeding:** _____ |
| : | |
| : | _____ |
| : | |
| : | |
| : | |
| **Defendant(s)/Respondent(s)** : | **Document #:** _____ |

<u>**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**[1]</u>

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____          _____

Attorney for_____

Name: _____

Phone Number: _____

_____

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.