# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHARLES R SAMUEL, aka CHARLES RICHARD SAMUEL, aka CHARLES SAMUEL, and BECKIE M SAMUEL, fka BECKIE M SCHROEDER, aka BECKIE SAMUEL, aka BECKIE MARIE SAMUEL,

Debtors.

CHAPTER 13

CASE NO. 5:25-bk-00746-HWV

## ORDER

Upon consideration of the Interim Application for Allowance of Compensation & Expenses filed by Carlo Sabatini of Sabatini Law Firm, LLC, counsel for the Debtors ("Counsel"), Doc. 39, and no objections having been filed, and the hearing held on June 9, 2026, Doc. 42, for the reasons stated on the record, it is

**ORDERED** that the Application is approved. The following interim amounts are awarded: compensation in the amount of $9,279.00 and reimbursement of expenses in the amount of $398.46 for a total sum of $9,677.46. This compensation is in addition to all amounts previously paid by the Debtors, approved by this court, or that were included in the confirmed plan. Counsel is authorized to apply the $813.00 of client funds that it is holding in its trust account toward this amount. The remaining $8,864.46 may be paid by the Chapter 13 Trustee.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 9, 2026